THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> R. BAKER, INC., A California corporation, <br><br> Defendant. | NO.   2:22-cv-01625-LK <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COMES NOW Plaintiff, by and through its attorneys, and hereby gives notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this _31st_ day of _January_, 2023.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – 2:22-cv-01625-LK
Page 1 of 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925